UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------------X
   :
ELLEN ELIZABETH TARR, *on behalf of herself and all*  :
*others similarly situated*,    :
   :
                         Plaintiff,    :         23-CV-11007 (JMF)
   :
           -v-    :         ORDER
   :
CARIBBEAN FOOD DELIGHTS, INC.,    :
   :
                       Defendant.    :
   :
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      Plaintiff alleges that Defendant's website is not accessible to blind and visually impaired customers and, thus, violates Title III of the Americans with Disabilities Act ("ADA"), 42 U.S.C. § 12181 *et seq*.  In the Court's experience, cases involving such claims almost always settle, often even before the initial pretrial conference.  To that end, by separate Order to be entered today, **the Court is referring this case to the assigned Magistrate Judge for General Pretrial Purposes, including settlement.  To be clear, the referral does** *not* **encompass any dispositive motions, which will be handled by the undersigned in the normal course.**

      SO ORDERED.

Dated:  December 26, 2023
       New York, New York
                                                     JESSE M. FURMAN
                                                United States District Judge