UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X
:
ELLEN ELIZABETH TARR, *on behalf of herself and all* : 
*others similarly situated*, :
: 
                         Plaintiff,   :         23-CV-11007 (JMF)
:
    -v-   :               ORDER
:
CARIBBEAN FOOD DELIGHTS, INC., :
:
                         Defendant. :
:
---------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On March 5, 2024, Plaintiff filed a motion for entry of a default judgment against Defendant Caribbean Food Delights, Inc. *See* ECF No. 16. By Order dated March 6, 2024, the Court directed Defendant to file any opposition to the motion for default judgment by March 15, 2024, and scheduled a default judgment hearing for TODAY, March 21, 2024, at 2:00 p.m. *See* ECF No. 19. In that same Order, the Court directed Plaintiff to "serve Defendant via overnight courier with (1) a copy of the motion for default judgment[,] and (2) a copy of [the] Order by within one business day of the filing of each document," and to file proof of such service within two business days of service. *Id*.

      To date, Plaintiff has not filed any such proof of service. In light of Plaintiff's failure to do so, Defendant's deadline to oppose the motion for default judgment is hereby EXTENDED, *nunc pro tunc*, to **April 2, 2024**, and today's default judgment hearing is ADJOURNED to **April 4, 2024**, at **4:00 p.m.**

      Plaintiff shall serve Defendant via overnight courier with (1) a copy of the motion for default judgment and all supporting papers; (2) a copy of the Court's March 6, 2024 Order, ECF No. 19; and (3) a copy of this Order by **March 22, 2024**. Plaintiff must file proof of such service on the docket by **March 23, 2024**. Failure to serve Defendant with these papers may result in sanctions, including but not limited to dismissal of the case.

      SO ORDERED.

Dated: March 21, 2024                            _____
      New York, New York                       JESSE M. FURMAN
                                                   United States District Judge